SO ORDERED: July 22, 2009.



Anthony J. Metz III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:
   RODNEY LEE PUGH AND
   CONNIE ELAINE PUGH,                   CASE NO. 07-662-AJM-7A

        Debtors,
_____
                                             Adversary Proceeding
RICHARD BARTLETT,                           No. 07-50344

        Plaintiff
vs.

RODNEY LEE PUGH & CONNIE ELAINE PUGH,

        Defendants
_____

## JUDGMENT

The Court has entered its Findings of Fact and Conclusions of Law with respect to

1

the July 10th trial in this matter.  In accordance with those Findings and Conclusions, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the debt owed to the Plaintiff, Richard Bartlett, by the Defendants, Rodney Lee Pugh and Connie Elaine Pugh is DISCHARGEABLE under Sections 523(a)(2)(A) and 523(a)(4) of the Bankruptcy Code.

# # #

Distribution:
Donald Thompson, Attorney for Connie and Rodney Pugh, Defendants
Mark E. Watson / Andrew Wilkerson, Attorneys for Richard Bartlett, Plaintiff
Nancy J. Gargula, United States Trustee